■ The People of the State of New York, Respondent, v Jobie Overton, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Finnegan, J.), rendered July 9, 1984, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

Upon a review of the record we find no basis to warrant interference with the factual determinations made at the defendant's combined *Mapp* and *Huntley* hearing. The hearing court resolved the issue of credibility against the defendant based upon its opportunity to assess the demeanor of the witnesses and to weigh the testimony first hand *(see, People v Armstead,* 98 AD2d 726; *People v Vail,* 90 AD2d 917). Mollen, P. J., Weinstein, Lawrence and Kunzeman, JJ., concur.